IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDY W. BOYKO and MARISA BOYKO,

    Plaintiffs,

    v.

QUALITY LOAN SERVICE CORPORATION, ET AL.,

    Defendants.

No. C 09-01739 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter has been set for a hearing on July 17, 2009 on the Defendants Federal Deposit Insurance Corporation and Mortgage Electronic Registration Systems, Inc.'s motion to dismiss the complaint, or in the alternative, for a more definite statement. The Court HEREBY ORDERS that an opposition to the motion shall be filed no later than May 13, 2009 and a reply shall be filed no later than May 20, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 28, 2009

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE