1  MICHAEL R. FARRELL (BAR NO. 173831)
   CATHY A. HONGOLA (BAR NO. 234489)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  515 Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
4  Phone: (213) 622-5555
   Fax: (213) 620-8816
5  E-Mail: mfarrell@allenmatkins.com
           chongola@allenmatkins.com
6
   Attorneys for Defendants
7  FEDERAL DEPOSIT INSURANCE
   CORPORATION AS RECEIVER FOR INDYMAC
8  BANK, F.S.B. AND INDYMAC FEDERAL BANK,
   FSB; MORTGAGE ELECTRONIC REGISTRATION
9  SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDY W. BOYKO AND MARISA BOYKO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS); INDYMAC BANK, F.S.B. and DOES 1-50, inclusive,,<br><br>    Defendants. | Case No. CV09-1739 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE.**<br><br>CMC Date:  August 7, 2009<br>Time:        1:30 p.m.<br>Ctrm:        2<br>Judge:       Hon. Jeffrey S. White |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

764494.01/SF

Case No. CV09-1739 JSW
Stip. & [Proposed] Order to Continue Initial Case Management Conference

Plaintiffs Randy W. Boyko and Marisa Boyko ("Plaintiffs") Defendants Federal Deposit Insurance Corporation ("FDIC") as Receiver for IndyMac Bank, F.S.B. and Receiver for IndyMac Federal Bank, FSB ("FDIC-Receiver") and Mortgage Electronic Registration Systems, Inc. ("MERS") (the FDIC and MERS will collectively be referred to hereinafter as "Defendants"), hereby stipulate as follows:

WHEREAS, on April 21, 2009, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines setting the Initial Case Management Conference for August 7, 2009;

WHEREAS, on April 28, 2009 Defendants filed a Motion to Dismiss each and every cause of action of the Plaintiffs' Complaint;

WHEREAS, on July 7, 2009 Plaintiffs' counsel filed a Motion to Withdraw as Counsel for Plaintiffs, noticing a hearing date of August 28, 2009;

WHEREAS, on July 9, 2009, in light of the Motion to Withdraw, the Court continued the hearing on Defendants' Motion to Dismiss from July 17, 2009 to October 2, 2009;

WHEREAS, due to the pending Motion to Withdraw filed by Plaintiffs' counsel and the Motion to Dismiss filed by Defendants, the parties agree the Initial Case Management Conference Set for August 7, 2009 at 1:30 p.m. should be continued until a date after the hearing on the Defendants' Motion to Dismiss in order to conserve the parties' resources and allow Plaintiffs' new counsel, if any, adequate time to become acquainted with this matter;

THEREFORE, the parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

The Initial Case Management Conference shall be continued to November 6, 2009 at 1:30 p.m., or such date thereafter as is convenient for the Court.

///

///

IT IS SO STIPULATED.

Dated: July 13, 2009

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Cathy A. Hongola
CATHY A. HONGOLA
Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for
INDYMAC FEDERAL BANK, FSB and
INDYMAC BANK, F.S.B.; and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

Dated: July 11, 2009

LAW OFFICE OF OMAR ZAMBRANO

By: _____
Attorneys for Plaintiffs
RANDY W. BOYKO AND MARISA BOYKO

[PROPOSED] ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that the Initial Case Management Conference is continued from August 7, 2009 to November 6, 2009 at 1:30 p.m. in Courtroom 2, 17th Floor. The other deadlines established in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

IT IS SO ORDERED.

Dated: July 13, 2009

_____
Honorable Jeffrey S. White
United States District Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

764494.01/SF

-3-

Case No. CV09-1739 JSW
Stip. & [Proposed] Order to Continue Initial Case Management Conference